IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**DERRICK CLINTON JOHNSON, SR.**                                                                    **PLAINTIFF**

**v.**                          **Case No. 4:18-cv-00310 KGB**

**STATE FARM FIRE &**
**CASUALTY COMPANY**                                                                  **DEFENDANT**

## JUDGMENT

This matter came for trial by jury on the 17th day of June, 2019. Plaintiff Derrick Clinton Johnson, Sr., appeared with his attorneys David A. Hodges and Louis A. Etoch. Defendant State Farm Fire & Casualty Company appeared through its representative Mike Sinks and its attorneys John E. Moore and Eric Holland Eggburn. All parties announced ready for trial. A jury of twelve was selected and sworn.

On June 20, 2019, the jury returned a verdict as follows:

# **VERDICT FORM**

**Interrogatory No. 1**: Do you find from a preponderance of the evidence that Derrick Clinton Johnson, Sr., intentionally concealed or misrepresented material facts or circumstances relating to this insurance claim during the investigation of his claim?

**Answer**: __X__ Yes  _____ No

(Please sign and date the response to this question and proceed to answer Interrogatory No. 2.)

| __6/20/2019__ | __/s/ Lori Bissell_____ |
|---|---|
| DATE | FOREPERSON |

**Interrogatory No. 2**: Do you find from a preponderance of the evidence that Derrick Clinton Johnson, Sr., or someone on his behalf, either burned his home or caused it to burn?

**Answer**: __X__ Yes  _____ No

(Please sign and date the response to this question.)

| __6/20/2019__ | __/s/ Lori Bissell_____ |
|---|---|
| DATE | FOREPERSON |

Judgment is therefore entered in favor of defendant State Farm Fire & Casualty Company and against plaintiff Derrick Clinton Johnson, Sr.

It is so ordered this 26th day of June, 2019.

_____
Kristine G. Baker
United States District Judge